GENOVESE, J.,
dissents and assigns the following written reasons.
_Jj_In my view, the trial court was correct. The issue in this case is not the retroactivity of the 2006 amendment to La.R.S. 23:921(1), but rather compliance with La. Civ.Code art.1968. Notwithstanding the specific exceptions set forth in the statute, as a general rule, non-competition agreements are contra bonos mores. Whether the non-competition agreement in this case is enforceable is determined by the date of enforcement, not the date of execution as required by La.Civ.Code art.1968. The opinion fails to mention and/or address the effect, vel non, of La.Civ.Code art.1968 to the case at bar. In this case, at the time of enforcement of the agreement by litigation, non-competition agreements relative to auto salespersons were legally prohibited. Therefore, I would affirm the trial court judgment.